1  Timothy E. Warriner
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for Defendant
   MARIA LUZ HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-03-081 EJG |
| Plaintiff, | STIPULATION AND ORDER EXONERATING BOND |
| v. | |
| MARIA LUZ HERNANDEZ, *et. al.*, | |
| Defendants. | |

   On February 26, 2003, defendant MARIA LUZ HERNANDEZ was ordered released upon condition she post a $70,000 bond secured by real property. The bond, which was secured by her family's property, was thereafter posted and she was released.

   On November 6, 2003, judgment and sentence was imposed by the Honorable Kimberly J. Mueller, and Ms. Hernandez was placed on probation for a period of 36 months.

   IT IS HEREBY STIPULATED by and between counsel for the defendant, Mr. Timothy E. Warriner, and counsel for the government, AUSA Mary Grad, that the bond posted in this matter be exonerated, and that the Clerk of the District Court be directed to reconvey back to the trustor the title to the real property securing the bond.

DATED: June 2, 2005        /s/ Timothy E. Warriner
                           TIMOTHY E. WARRINER, Attorney for
                           Defendant, MARIA LUZ HERNANDEZ

DATED: June 2, 2005        /s/ Mary Grad
                           MARY GRAD, Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the appearance bond in the amount of $70,000 is hereby exonerated.  It is further ordered that the Clerk of the District Court reconvey back to the trustor the title to the real property securing the bond.

Dated: June 6, 2005.

      /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge